SHAUP v. MAY. (Circuit Court of Appeals, Fifth Circuit. October 31, 1912.) No. 2,339. Appeal from the District Court of the United States for the Northern District of Alabama; William I. Grubb, Judge. Henry Kirk White, of Birmingham, for appellant. G. W. Yancey, of Birmingham, Ala., for appellee. Before PARDEE and SHELBY, Circuit Judges, and MEEK, District Judge.

PER CURIAM. On consideration of all the evidence in the transcript, we conclude that the bankrupt was entitled to his discharge. The decree of the District Court is affirmed.